# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

MICHAEL HARMON MCLEMORE,

Plaintiff,

v.

FATHER JOE'S VILLAGE and CITY OF SAN DIEGO,

Defendants.

Case No.: 18cv1946-MMA (RBB)

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

On August 23, 2018, the Court granted Plaintiff Michael Harmon McLemore ("Plaintiff"), proceeding *pro se*, leave to proceed in this action *in forma pauperis* ("IFP"), but *sua sponte* dismissed the action without prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2). Doc. No. 4. On September 24, 2018, Plaintiff filed a First Amended Complaint ("FAC") that attempted to assert claims against Defendants Father Joe's Village and the City of San Diego. Doc. No. 6 ("FAC").

On September 25, 2018, the Court again *sua sponte* dismissed the action without prejudice pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim. Doc. No. 8. The Court gave Plaintiff until October 29, 2018 to file a Second Amended Complaint ("SAC"), and cautioned Plaintiff that "failure to file an SAC on or before the deadline or failure to cure the deficiencies described in this Order may result in this case being dismissed with prejudice." *Id.* at 5. As of November 29, 2018, Plaintiff has not filed an

1 SAC. *See* Docket. Accordingly, the Court **ORDERS** that this action remain dismissed
2 without prejudice. *See* Doc. No. 8. The Clerk of Court is instructed to close this case and
3 to enter judgment accordingly.

**IT IS SO ORDERED**.

Dated: November 29, 2018

Hon. Michael M. Anello
United States District Judge