

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Harmon McLemore | Civil Action No. 18cv1946-MMA(RBB) |
| Plaintiff, | |
| V. | |
| Father Joe's Village, St. Vincent De Paul Village; City of San Diego | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

On August 23, 2018, the Court granted Plaintiff Michael Harmon McLemore ("Plaintiff"), proceeding pro se, leave to proceed in this action in forma pauperis ("IFP"), but sua sponte dismissed the action without prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2). On September 24, 2018, Plaintiff filed a First Amended Complaint ("FAC") that attempted to assert claims against Defendants Father Joe's Village and the City of San Diego. Doc. No. 6 ("FAC"). On September 25, 2018, the Court again sua sponte dismissed the action without prejudice pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim. The Court gave Plaintiff until October 29, 2018 to file a Second Amended Complaint ("SAC"), and cautioned Plaintiff that "failure to file an SAC on or before the deadline or failure to cure the deficiencies described in this Order may result in this case being dismissed with prejudice." As of November 29, 2018, Plaintiff has not filed an SAC. Accordingly, the Court orders that this action remain dismissed without prejudice.

Date: 11/29/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ R. Chapman

R. Chapman, Deputy